B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of West Virginia

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Potomac Construction Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA PCI Potomac Construction Industries** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**55-0257125** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**411 Auburn Street**<br>**Martinsburg, WV**<br>ZIP Code **25402** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Berkeley** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Drawer 768**<br>**Martinsburg, WV**<br>ZIP Code **25402** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Potomac Construction Industries, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Case 3:11-bk-00855   Doc 1   Filed 05/04/11   Entered 05/04/11 16:44:32   Desc Main Document      Page 2 of 20

| Voluntary Petition  *(This page must be completed and filed in every case)* | Name of Debtor(s):  **Potomac Construction Industries, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ A. Carter Magee, Jr.**
Signature of Attorney for Debtor(s)

**A. Carter Magee, Jr. 20284**
Printed Name of Attorney for Debtor(s)

**Magee Goldstein Lasky & Sayers, P.C.**
Firm Name

**Post Office Box 404
Roanoke, VA 24003-0404**

Address

**540-343-9800  Fax: 540-343-9898**
Telephone Number

**May  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael J. Abbruzzese**
Signature of Authorized Individual

**Michael J. Abbruzzese**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May  4, 2011**
Date

Case 3:11-bk-00855    Doc 1    Filed 05/04/11    Entered 05/04/11 16:44:32    Desc Main
Document      Page 3 of 20

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **Potomac Construction Industries, Inc.**                Case No.
                                              Debtor(s)          Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BB&T Bankcard Corporation<br>P.O. Box 580340<br>Charlotte, NC 28258-0340 | BB&T Bankcard Corporation<br>P.O. Box 580340<br>Charlotte, NC 28258-0340<br>(800) 226-5228 | Credit Card | | 121,798.38 |
| Berkeley County Sheriff's Tax Office<br>400 Stephen Street, Suite 209<br>Martinsburg, WV 25401 | Berkeley County Sheriff's Tax Office<br>400 Stephen Street, Suite 209<br>Martinsburg, WV 25401<br>(304) 264-1982 | Personal Property Taxes | | 13,819.17 |
| Carolina Stalite Company<br>P.O. Box 1037<br>Salisbury, NC 28145-1037 | Carolina Stalite Company<br>P.O. Box 1037<br>Salisbury, NC 28145-1037<br>(704) 634-1515 | Trade Debt | | 41,229.99 |
| City National Bank of West Virginia<br>King Street Branch<br>P.O. Box 2569<br>Martinsburg, WV 25402 | City National Bank of West Virginia<br>King Street Branch<br>P.O. Box 2569<br>Martinsburg, WV 25402<br>(304) 264-4560 | Corporate Guaranty of Business Loan | | 200,000.00 |
| Concrete Plants, Inc.<br>821 West Benfield Road<br>Severna Park, MD 21146 | Concrete Plants, Inc.<br>821 West Benfield Road<br>Severna Park, MD 21146<br>(410) 987-4542 | Trade Debt | | 34,211.39 |
| Essroc Cement Corporation<br>c/o Christopher C. Luttrell, Esq.<br>Luttrell & Prezioso PLLC<br>206 West Burke Street<br>Martinsburg, WV 25401 | Christopher Luttrell<br>Essroc Cement Corporation<br>c/o Christopher C. Luttrell, Esq.<br>Luttrell & Prezioso PLLC<br>Martinsburg, WV 25401<br>(304) 267-3050 | Forbearance Agreement | Contingent | 341,917.56 |
| General Hauling<br>7014 Arden Nollville Road<br>Martinsburg, WV 25401 | General Hauling Services<br>7014 Arden Nollville Road<br>Martinsburg, WV 25401<br>(304) 267-4306 | Hauling Services | | 57,133.00 |
| Hayden Harper, Inc.<br>1001 Morehead Square Drive, Ste. 350<br>Charlotte, NC 28203 | Hayden Harper, Inc.<br>1001 Morehead Square Dr., Ste. 350<br>Charlotte, NC 28203<br>(704) 343-2447 | Consulting Services | | 16,975.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Potomac Construction Industries, Inc.**  
                     Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Holcim (US) Inc.<br>P.O. Box 75562<br>Charlotte, NC 28262 | Holcim (US) Inc.<br>P.O. Box 75562<br>Charlotte, NC 28262<br>(704) 399-3242 | Trade Debt | | 263,188.65 |
| Internal Revenue Service<br>400 N. 8th Street, Box 76<br>Stop Room 898<br>Richmond, VA 23219 | Internal Revenue Service<br>400 N. 8th Street, Box 76<br>Stop Room 898<br>Richmond, VA 23219 | 941 taxes | Unliquidated | 12,914.61 |
| LDH Electrical Contractors, Inc.<br>P.O. Box 496<br>Falling Waters, WV 25419 | LDH Electrical Contractors, Inc.<br>P.O. Box 496<br>Falling Waters, WV 25419<br>(304) 274-2754 | Trade Debt | | 68,717.67 |
| Martin Marietta Materials, Inc.<br>9513 Hull Street Road, Suite A<br>Attn: General Manager<br>Richmond, VA 23236-9517 | Mark Norden<br>Martin Marietta Materials, Inc.<br>9513 Hull Street Road, Suite A<br>Attn: General Manager<br>Richmond, VA 23236-9517<br>(804) 674-9517 | Lease and Supply Agreement, Pinesburg Quarry Rent and Purchase of Materials | | 109,266.17 |
| R.M. Roach & Sons Inc.<br>P.O. Box 2899<br>Martinsburg, WV 25402 | R.M. Roach & Sons Inc.<br>P.O. Box 2899<br>Martinsburg, WV 25402<br>(304) 263-3329 | Trade Debt | | 120,534.88 |
| Separation Technologies, LLC<br>P.O. Box 198991<br>Atlanta, GA 30384-8991 | Separation Technologies, LLC<br>P.O. Box 198991<br>Atlanta, GA 30384-8991<br>(404) 691-4441 | Trade Debt | | 23,752.54 |
| South Berkeley Wrecker Service<br>250 Kelly Island Road<br>Martinsburg, WV 25401 | South Berkeley Wrecker Service<br>250 Kelly Island Road<br>Martinsburg, WV 25401<br>(304) 267-2030 | Wrecker Services | | 55,366.90 |
| State of West Virginia<br>State Tax Dept., Compliance Division<br>397 Mid-Atlantic Parkway, Suite 2<br>Martinsburg, WV 25401 | State of West Virginia<br>State Tax Dept., Compliance Division<br>397 Mid-Atlantic Parkway, Suite 2<br>Martinsburg, WV 25401<br>(304) 267-0020 | Sales and Use Tax | | 10,826.80 |
| State of West Virginia<br>State Tax Dept., Compliance Division<br>397 Mid-Atlantic Parkway, Suite 2<br>Martinsburg, WV 25401 | State of West Virginia<br>State Tax Dept., Compliance Division<br>397 Mid-Atlantic Parkway, Suite 2<br>Martinsburg, WV 25401<br>(304) 267-0020 | Sales and Use Taxes | | 79,088.99 |
| Unemployment Compensation Division<br>Workforce West Virginia<br>Contribution Accounting<br>P.O. Box 106<br>Charleston, WV 25321 | Unemployment Compensation Division<br>Workforce West Virginia<br>Contribution Accounting<br>Charleston, WV 25321<br>(304) 558-2451 | West Virginia Unemployment Taxes | Unliquidated | 21,978.04 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Potomac Construction Industries, Inc.**
　　　　　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Valley Quarries, Inc.<br>P.O. Box 2009<br>Chambersburg, PA 17201-0809 | Valley Quarries, Inc.<br>P.O. Box 2009<br>Chambersburg, PA 17201-0809<br>(717) 264-5811 | Trade Debt | | 139,718.07 |
| W. R. Grace & Co.- Conn.<br>62 Whitemore Avenue<br>Cambridge, MA 02140-1692 | W. R. Grace & Co.- Conn.<br>62 Whitemore Avenue<br>Cambridge, MA 02140-1692<br>(617) 876-1400 | Chemical Admixture Supplies/Trade Debt | | 27,272.69 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 4, 2011**　　　　　　　　　　　Signature  **/s/ Michael J. Abbruzzese**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael J. Abbruzzese**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Potomac Construction Industries, Inc.
P.O. Drawer 768
Martinsburg, WV 25402


A. Carter Magee, Jr.
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, VA 24003-0404


Akens Engineering Associates
219 East Main Street
Camp Hill, PA 17011-6315


Alarm Financial Services- GLE
P.O. Box 7049
Corte Madera, CA 94976


Allegheny Power
800 Cabin Hill Drive
Greensburg, PA 15606-0001


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Ankem International, Inc.
P.O. Box 1887
Mabank, TX 75147


Applied Industrial Technologies
P.O. Box 905794
Charlotte, NC 28290


Asphalt Products Company, LLC
Kelly Island Property, LLC
Attn: John J. Thomas
9390 Middleway Pike
Charles Town, WV 25414


Association of Builders and Contractors
530 N. Locust Street
Hagerstown, MD 21740

Barnes Distribution
Department CH 14079
Palatine, IL 60055-4079


BB&T Bankcard Corporation
P.O. Box 580340
Charlotte, NC 28258-0340


BB&T Equipment Finance
5130 Parkway Plaza Blvd.
Charlotte, NC 28217


Berkeley County Sheriff's Tax Office
400 Stephen Street, Suite 209
Martinsburg, WV 25401


Biedlers Electric Motor Repair Inc.
P.O. Box 1022
Martinsburg, WV 25402


Branch Banking & Trust Co.
148 S. Queen Street
Martinsburg, WV 25401


Branch Banking & Trust Co.
c/o William L. Hallam, Esq.
and Louis J. Ebert, Esq.
25 South Charles Street, Suite 2115
Baltimore, MD 21201


Brickstreet Insurance Company
P.O. Box 11285
Charleston, WV 25339-1285


Brotherhood of Teamsters
10312 Remington Drive
Hagerstown, MD 21740


Business Health Services
West Virginia University Medical Corp.
P.O. Box 740
Morgantown, WV 26507-0740

Carolina Stalite Company
P.O. Box 1037
Salisbury, NC 28145-1037


CBIZ Insurance Services, Inc.
Select Commercial Department
44 Baltimore Street
Cumberland, MD 21502


Centra Bank Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408


Central Truck & Trailer Parts
91 Western Maryland Parkway
Hagerstown, MD 21740


Chamber of Commerce
198 Viking Way
Martinsburg, WV 25401


City National Bank of West Virginia
King Street Branch
P.O. Box 2569
Martinsburg, WV 25402


City of Martinsburg, West Virginia
Attn:  Finance Department
232 North Queen Street, 2nd Floor
Martinsburg, WV 25401


City of Ranson, West Virginia
312 S. Mildred Street
Ranson, WV 25438


Coast to Coast, Inc.
P.O. Box 3875
Lawrenceburg, IN 47025


Colliflower, Inc.
10228 Governor Lane Blvd.
Suite 3010-B
Williamsport, MD 21795

Command Alkon Inc.
P.O. Box 11407
Birmingham, AL 35246-0645


Comptroller of Maryland
Revenue Administration Division
P.O. Box 17405
Baltimore, MD 21297-1405


Concrete Plants, Inc.
821 West Benfield Road
Severna Park, MD 21146


Construction Data Company
P.O. Box 981097
Boston, MA 02298-1097


Continental Manufacturing Company, Inc.
P.O. Box 731140
Dallas, TX 75373-1140


Contractors Association of West Virginia
2114 Kanawha Boulevard East
Charleston, WV 25311


Decker & Company PLLC
64 Warm Springs Avenue
Martinsburg, WV 25404


Duncan Brothers Tire Co., Inc.
130 Millwood Avenue
Winchester, VA 22601


Eastern Panhandle Home Builders Assoc.
430 Randolph Street, Suite C
Martinsburg, WV 25401


Emmart Oil Company
P.O. Box 2247
Winchester, VA 22604-1447

Essroc Cement Corporation
c/o Christopher C. Luttrell, Esq.
Luttrell & Prezioso PLLC
206 West Burke Street
Martinsburg, WV 25401


Essroc Cement Corporation
3251 Bath Pike
Nazareth, PA 18064


Expressway Office Solutions
P.O. Box 24252
Baltimore, MD 21227


Exxon
P.O. Box 688938
Des Moines, IA 50368


Fastenal Company
2159 Suite C. Winchester Avenue
Martinsburg, WV 25405


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


FiberNet
P.O. Box 11171
Charleston, WV 25339-1171


Fire Safety Equipment Co.
P.O. Box 638
Martinsburg, WV 25402


First Data Merchant Services
4000 Coral Ridge Drive
Coral Springs, FL 33065


First Data Merchant Services Corporation
4000 Coral Ridge Drive
Coral Springs, FL 33065


Fisher Auto Parts, Inc.
32 Sue Court
Martinsburg, WV 25405

Ford Credit
P.O. Box 94380
Palatine, IL 60094-4380


Frontier
1398 S. Woodland Blvd.
Deland, FL 32720-7731


Gasboy
7300 West Friendly Avenue
Greensboro, NC 27420


GCR Tire Centers
324 Winchester Avenue
Martinsburg, WV 25401


General Hauling
7014 Arden Nollville Road
Martinsburg, WV 25401


General Teamsters and Allied Workers
Hagerstown Local Union No. 992
10312 Remington Drive
Hagerstown, MD 21746


Gilbarco Inc.
12249 Collection Center Drive
Chicago, IL 60693


GTS-Welco
P.O. Box 7777
Philadelphia, PA 19175-2075


Hayden Harper, Inc.
1001 Morehead Square Drive, Ste. 350
Charlotte, NC 28203


Hayden Harper, Inc.
Two Waterfront Place, Suite 1201
Morgantown, WV 26501


Heiston Supply Company
36 Variform Drive
Martinsburg, WV 25405

Herald-Mail Company, The
P.O. Box 439
Hagerstown, MD 21741-0439


HH Consulting & Advisory LLC
Two Waterfront Place, Suite 1201
Morgantown, WV 26501


Holcim (US) Inc.
P.O. Box 75562
Charlotte, NC 28262


Internal Revenue Service
400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219


Interstate Communication Services
15121 Falling Waters Road
Williamsport, MD 21795


Jefferson High School Baseball Boosters
951 Harry Shirley Road
Kearneysville, WV 25430


Joanna M. Abbruzzese
P.O. Box 1914
Martinsburg, WV 25402


John F. Abbruzzese
P.O. Box 1914
Martinsburg, WV 25402


Journal, The
P.O. Box 807
Martinsburg, WV 25402


Kennedy, Gregory E.
1247 Lost Road
Martinsburg, WV 25403


LDH Electrical Contractors, Inc.
P.O. Box 496
Falling Waters, WV 25419

Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970


Martin Marietta Materials, Inc.
9513 Hull Street Road, Suite A
Attn: General Manager
Richmond, VA 23236-9517


Martin Marietta Materials, Inc.
Attn: General Counsel
2710 Wycliff Road
Raleigh, NC 27607


Martin Marietta Materials, Inc.
P.O. Box 75328
Charlotte, NC 28275


Martinsburg Auto Parts
1396 Shepherdstown Road
Martinsburg, WV 25401


McNeilus Truck & Manufacturing
14201 Collections Center Drive
Chicago, IL 60693


MD Ready Mix Concrete Assoc., Inc.
P.O. Box 617
Frederick, MD 21705


Mettler-Toledo, Inc.
806 Tyvola Rd., Ste. 108
Charlotte, NC 28290


Michael J. Abbruzzese
380 May Apple Lane
Martinsburg, WV 25403


Mid-Atlantic Advertising, LLC
201 Shannon Court
Winchester, VA 22602


National Ready Mixed Concrete Assoc.
P.O. Box 79433
Baltimore, MD 21279

Ogden Directories Inc.
P.O. Box 1113
Altoona, PA 16603-1113


Pennsylvania Department of Revenue
P.O. Box 280414
Harrisburg, PA 17128-0414


Pitney Bowes Global
P.O. Box 371887
Pittsburgh, PA 15262-0001


Potomac Construction Equities, LLC
P.O. Drawer 768
Martinsburg, WV 25402


Potomac Construction Leasing, LLC
P.O. Drawer 768
Martinsburg, WV 25402


Propex Operating Company, LLC
6025 Lee Highway, Suite 425
Chattanooga, TN 37421


Quad/ Graphics, Inc.
N63W23075 Highway 74
Sussex, WI 53089


R.M. Roach & Sons Inc.
P.O. Box 2899
Martinsburg, WV 25402


RAC Brokerage, LLC
131 Gainesboro Road
Winchester, VA 22603


Roberts Oxygen Company, Inc.
P.O. Box 5507
Derwood, MD 20855


Roxxon Corporation, The
5056 Swope Road
Dayton, VA 22821

Separation Technologies, LLC
P.O. Box 198991
Atlanta, GA 30384-8991


Sheetz Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293


Shenandoah Communications, Inc.
TalkRadio WRNR
P.O. Box 709
Martinsburg, WV 25401


Sika Corporation
P.O. Box 36102
Newark, NJ 07188-6102


South Berkeley Wrecker Service
250 Kelly Island Road
Martinsburg, WV 25401


Specialized Engineering
4845 International Boulevard, Suite 104
Frederick, MD 21703


Spirit Services, Inc.
15801 Lockwood Road
Williamsport, MD 21795


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Sprint
P.O. Box 105243
Atlanta, GA 30348-5243


State of West Virginia
State Tax Dept., Compliance Division
397 Mid-Atlantic Parkway, Suite 2
Martinsburg, WV 25401


Supermedia
P.O. Box 619009
Dallas, TX 75261-9009

```
Teltronic
4220 Shannon Drive
Baltimore, MD 21213


Thomson West
P.O. Box 64833
Saint Paul, MN 55164-0833


Unemployment Compensation Division
Workforce West Virginia
Contribution Accounting
P.O. Box 106
Charleston, WV 25321


US Dept. of Labor- OSHA
405 Capitol Street, Suite 407
Charleston, WV 25301


V.E. Mauck Plumbing Supply Inc.
P.O. Box 6025
Martinsburg, WV 25402


Valley Quarries, Inc.
P.O. Box 2009
Chambersburg, PA 17201-0809


Virginia Department of Taxation
OCC/Bankruptcy
P.O. Box 2156
Richmond, VA 23218


W. R. Grace & Co.- Conn.
62 Whitemore Avenue
Cambridge, MA 02140-1692


Waste Management
P.O. Box 13648
Philadelphia, PA 19101-3648


Wellness Center, The
2000 Foundation Way, Suite 1200
Martinsburg, WV 25401
```

Wells Fargo Insurance Services
P.O. Box 535106
Atlanta, GA 30353-5106


West Virginia State Tax Department
Legal Division
Bankruptcy Unit
P.O. Box 766
Charleston, WV 25323


World Block
3967 E. Cavalry Road
Duluth, MN 55803

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re **Potomac Construction Industries, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Michael J. Abbruzzese**, declare under penalty of perjury that I am the **President** of **Potomac Construction Industries, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **4th** day of **May**, 20**11**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael J. Abbruzzese**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael J. Abbruzzese**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael J. Abbruzzese**, **President** of this Corporation is authorized and directed to employ **A. Carter Magee, Jr.**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case."

Date **May 4, 2011**

Signed **/s/ Michael J. Abbruzzese**
**Michael J. Abbruzzese**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

# Resolution of Board of Directors
## of
## Potomac Construction Industries, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael J. Abbruzzese**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael J. Abbruzzese**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael J. Abbruzzese, President** of this Corporation is authorized and directed to employ **A. Carter Magee, Jr.**, attorney and the law firm of **Magee Goldstein Lasky & Sayers**, **P.C.** to represent the corporation in such bankruptcy case.

Date **May  3, 2011**            Signed  **/s/ Michael J. Abbruzzese**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy